UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

| ADAMS OFFSHORE, LTD, | * | CIVIL ACTION NO. 09-378 |
|---|---|---|
| Plaintiff | * | |
| | | SECTION " " ( ) |
| vs | * | |
| CON-DIVE, LLC and | * | Judge |
| OCEANOGRAFIA S.A. de C.V. | | |
| OSA INTERNATIONAL, LLC | * | |
| MINDY KAY a/k/a MINDY K. MCGILVREY | | |
| GUSTAVO ADOLFO AZCARATE PADILLA | * | Magistrate Judge |
| DANIELA TEJADA | | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF MARITIME ATTACHMENT

It came on to be heard the motion of the plaintiff for the Court to issue an order directing the Clerk of the United States District Court for the Southern District of Alabama to issue a Writ of Maritime Attachment directing the United States Marshall to effect a seizure and attachment of the Saturation & Air Diving Systems, currently installed on the M.V BOLD ENDURANCE, which is located in the district and currently docked at the Atlantic Marine Shipyard's north dock at Main Gate, Dunlap Drive, Mobile, Alabama 36652. It appearing that the plaintiff's verified complaint states a cause of action for maritime attachment against the defendants and that the

1060165-1                                              1

relief requested by plaintiff for a Writ of Maritime Attachment against Saturation & Air Diving Systems, currently installed on the M.V BOLD ENDURANCE, is appropriate:

**IT IS ORDERED** that the Clerk of the United States District Court for the Southern District of Alabama issue a Writ of Maritime Attachment directing the United States Marshall to affect an attachment of the Saturation & Air Diving Systems, currently installed on the M.V BOLD ENDURANCE on behalf of the Plaintiff.

**IT IS FURTHER ORDERED** that during the period of the attachment of the Saturation & Air Diving Systems, the M.V BOLD ENDURANCE will be permitted to perform her normal operations within the district. The United States Marshall shall be custodian of the attached property. The master and crew presently aboard the vessel will be permitted to remain aboard and to carry out their usual duties during the period of attachment.

**IT IS FURTHER ORDERED** that the vessel will be permitted to shift berths within the port of Mobile.

MOBILE, ALABAMA, this 26th day of June, 2009.

_____
United States District Judge